IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HAPPY STOMPINGBEAR                                                          PLAINTIFF


v.                                    Case No. 6:18-cv-06114


LARRY REED and GUNNER PRITCHARD                                DEFENDANTS

## JUDGMENT

On August 16, 2021, the Court held a jury trial to hear the claims brought by Plaintiff Happy Stompingbear against Defendants Larry Reed and Gunner Pritchard.  Eight jurors heard Plaintiff's case and issued a unanimous verdict in favor of Defendants Larry Reed and Gunner Pritchard.  Accordingly, Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 17th day of August 2021.


*/s/Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**